IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY, NEWARK DIVISION

| | |
|---|---|
| NEW JERSEY SECOND AMENDMENT SOCIETY AND MARK CHEESEMAN<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER S. PORRINO, et al<br><br>Defendants. | Civil Action No. _____ |

**DECLARATION OF NEW JERSEY SECOND AMENDMENT SOCIETY**

    **COMES NOW**, Alexander P. Roubian, President of the New Jersey Second Amendment Society ("NJ2AS"), and states as follows:

    1. I am an adult male resident of the State of New Jersey and the President of the New Jersey Second Amendment Society.

    2. NJ2AS's mission is to promote the free exercise of Second Amendment protected rights within the community and Legislature of New Jersey, to educate the community regarding the enjoyable, safe, and responsible use of firearms, and to engender a spirit of camaraderie and fellowship among the members and their families.

    3. NJ2AS has a number of members that desire to own and possess stun guns and/or Tasers for lawful self-defense.

    4. New Jersey bans the possession of stun guns and/or Tasers. As such, NJ2AS members who desire to keep stun guns and/or Tasers for lawful self-defense are denied the ability to do so.

# Exhibit "A"

5.  NJ2AS brings this action on behalf of its membership that desire to own and possess stun guns and/or Tasers for lawful self-defense.

FURTHER, AFFIANT SAYETH NAUGHT.

I certify under penalty of perjury that the foregoing is true and correct. Executed on August __10__, 2016.

_____
Alexander P. Roubian, President of the New Jersey Second Amendment Society