IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY, TRENTON DIVISION

| | |
|---|---|
| NEW JERSEY SECOND AMENDMENT SOCIETY, MARK CHEESEMAN<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER S. PORRINO, et al.<br><br>Defendants. | Civil Action No. _____ |

## DECLARATION OF MARK CHEESEMAN

**COMES NOW**, Mark Cheeseman, and states as follows:

1. I am an adult male resident of the State of New Jersey.

2. I desire to purchase a stun gun and/or Taser for lawful self-defense.

3. New Jersey bans the possession of stun guns and/or Tasers. As such, I am unable to purchase one for lawful self-defense.

4. I attempted to purchase a Taser Pulse on August 10, 2016, and was declined sale of a Taser due to New Jersey's ban on stun guns and Tasers. See Exhibit "1."

FURTHER, AFFIANT SAYETH NAUGHT.

I certify under penalty of perjury that the foregoing is true and correct. Executed on August _10_, 2016.

_Mark Cheeseman_
Mark Cheeseman

# Exhibit "B"

| | |
|---|---|
| *Suburb/City: | glassboro |
| *Country: | United States |
| *State/Province: | New Jersey |
| *Zip/Postcode: | 08028 |

I also want to ship to this address

Bill & Ship to this Address

Message from webpage

DELIVERY ZONE RESTRICTION:

The sale of TASER devices is prohibited at this location. We apologize for the inconvenience. Please choose another location.

OK

**Exhibit "1"**