## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY, TRENTON DIVISION

| | |
|---|---|
| NEW JERSEY SECOND AMENDMENT SOCIETY AND MARK CHEESEMAN <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTOPHER S. PORRINO, in his Official Capacity as Acting Attorney General of New Jersey, and COLONEL RICK FUENTES, in his Official Capacity as Superintendent of the New Jersey State Police <br><br> Defendants. | Case No. 3:16-cv-04906-MAS-DEA |

---

**PLAINTIFFS' MOTION TO ADMIT COUNSEL PRO HAC VICE**

---

In accordance with Rule 101.1 of the Local Rules of the United States District Court of New Jersey that governs the admission and practice of attorneys in said District Court, the undersigned respectfully moves for the admission of Stephen D. Stamboulieh, Esq., P.O. Box 4008, Madison, Mississippi, 39130, (601) 852-3440, stephen@sdslaw.us, for the purposes of appearing as counsel on behalf of Plaintiffs, herein, in the above-styled case only;

Stephen D. Stamboulieh certifies herewith that he has studied the Local Rules of this Court and is a member in good standing of the Mississippi Bar, U.S. District

Courts for the Northern and Southern District of Mississippi, the Northern District of Texas, the Third, Fifth and Ninth Circuit Courts of Appeals, the Court of Federal Claims and the District Court of Washington, D.C.  He has also been admitted pro hac vice in the United States District Court, District of New Jersey, Newark Division, in the case styled *Almeida, et al. v. The Honorable Judge Conforti, et al.*, Case No. 2:16-cv-03411 (KM).  A Certificate of Good Standing from the Mississippi Bar is attached hereto as Exhibit "A."  His Mississippi bar number is 102784.  Mr. Stamboulieh is a solo-practitioner and has been a member of the Mississippi Bar for over eight (8) years.  A declaration of Stephen D. Stamboulieh in support of this Motion to admit counsel pro hac vice is attached hereto as Exhibit "B."

In further support of this Motion, it is hereby designated that Ryan S. Watson is a member of the Bar of this Court.  He is a person to whom the Court and counsel may readily communicate and upon whom papers may be served.  In addition, the undersigned acts as a local counsel in this matter on behalf of the Plaintiffs.

## Consent to Designation

I hereby consent to the foregoing designation.

This, the 17 day of August, 2016.

    Respectfully submitted,

    */s/ Ryan S. Watson*
    RYAN S. WATSON

**Of Counsel:**

Ryan S. Watson
Law Offices of J. Scott Watson, P.C.
24 Regency Plaza
Glen Mills, PA  19342
(610) 358-9600
NJ Bar No. 089642013
ryan.watson@jscottwatson.com