IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY, TRENTON DIVISION

| | |
|---|---|
| NEW JERSEY SECOND AMENDMENT SOCIETY AND MARK CHEESEMAN<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER S. PORRINO, in his Official Capacity as Acting Attorney General of New Jersey, and COLONEL RICK FUENTES, in his Official Capacity as Superintendent of the New Jersey State Police<br><br>Defendants. | Case No. 3:16-cv-04906-MAS-DEA |

## DECLARATION OF STEPHEN D. STAMBOULIEH

**COMES NOW**, Stephen D. Stamboulieh, and states as follows:

1. I am a solo-practitioner at the law firm Stamboulieh Law, PLLC located in Madison, Mississippi.

2. I submit this declaration in support of my motion for admission to practice pro hac vice in the above-styled matter.

3. The client has requested to be represented by said attorney.

4. As shown in the Letter of Good Standing, attached as Exhibit "A" to the accompanying Motion, I am a member in good standing of the Mississippi Bar.

Page **1** of **4**

5. I certify that no disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed upon me in any jurisdiction.

6. I have previously been admitted pro hac vice in the United States District Court, District of New Jersey, Newark Division, in the case styled *Almeida, et al. v. The Honorable Judge Conforti, et al.*, Case No. 2:16-cv-03411 (KM).

7. I am a member of good standing of the following bars:

>   The Mississippi Bar, Admitted 2008
>   P.O. Box 2168
>   Jackson, MS 39223
>   (601) 948-4471
>
>   Supreme Court of Mississippi, Admitted 2008
>   450 High Street
>   Jackson, MS 39201
>   (601) 359-3694
>
>   Northern District of Mississippi, Admitted 2008
>   911 Jackson Avenue E
>   Oxford, MS 38655
>   (662) 234-1971
>
>   Southern District of Mississippi, Admitted 2008
>   United States Courthouse
>   501 E. Court Street
>   Suite 2.500
>   Jackson, MS 39201
>   (601) 608-4000
>
>   Northern District of Texas, Admitted 2014
>   1100 Commerce Street
>   Dallas, TX 75242

(214) 753-2200

Third Circuit Court of Appeals, Admitted 2015
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA 19106
215-597-2995

Fifth Circuit Court of Appeals, Admitted 2015
600 S. Maestri Place
New Orleans, LA 70130
(504) 310-7700

Ninth Circuit Court of Appeals, Admitted 2015
THE JAMES R. BROWNING COURTHOUSE
95 7th Street
San Francisco, CA 94103
(415) 355-8000

Court of Federal Claims, Admitted 2015
Howard T. Markey National Courts Building
717 Madison Place, NW
Washington, DC 20439
(202) 357-6400

District Court of Washington, D.C., Admitted 2015
333 Constitution Ave., NW #4400
Washington, D.C. 2001
(202) 354-3080

8. I will submit to this Court's jurisdiction for discipline.

9. I have paid the required $212.00 for the year 2016 required by New Jersey Lawyer's Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 and will make payments each year as required by New Jersey Court Rule 1:28-2.

10. I shall pay the clerk's fee of $150.00, pursuant to Local Rule 101.1(c)(3) and shall abide by Local Rule 101.1(c) and the Rules of this Court.

Wherefore, I respectfully submit that I be permitted to appear and advocate pro hac vice in this case.

                                  Respectfully submitted,

                                  Stephen D. Stamboulieh
                                  Stamboulieh Law, PLLC
                                  P.O. Box 4008
                                  Madison, MS 39130
                                  (601) 852-3440
                                  stephen@sdslaw.us
                                  MS Bar No. 102784

Dated: August 15th, 2016.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on August 15th, 2016.

                                  Stephen D. Stamboulieh