# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**NEW JERSEY SECOND AMENDMENT SOCIETY, ET AL.,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**CHRISTOPHER S. PORRINO, ET AL.,**
*Defendant*

CASE NUMBER: **3:16–CV–04906–MAS–DEA**

TO: *(Name and address of Defendant):*

Christopher S. Porrino
Acting Attorney General
25 Market Street
Trenton, NJ 08611

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

Ryan S. Watson
Law Offices of J. Scott Watson, P.C.
24 Regency Plaza
Glen Mills, PA 19342
610-358-9600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**John Moller**
(By) DEPUTY CLERK



ISSUED ON 2016-08-12 13:49:41, Clerk
USDC NJD

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 8/15/16 |
|---|---|
| NAME OF SERVER (PRINT) John Perez | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Accepted by Ellen Seitz, Attorney General's Designee

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/15/16
Date

Signature of Server

Address of Server
78 Sandy Island Dr
Brick NJ 08723